# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 755 |
| | : | |
| APPOINTMENT TO JUVENILE COURT PROCEDURAL RULES COMMITTEE | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2017, the Honorable Kim D. Eaton, in her capacity as Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee to serve at the pleasure of the Court, commencing January 3, 2018.